v.

**The PEOPLE of the State of Colorado, Respondent,**

and

**In Re the Interest of S.B., Minor Child.**

**No. 87SC185.**

Supreme Court of Colorado,
En Banc.

May 24, 1988.

### ORDER OF COURT

Upon consideration of the oral argument by counsel and the briefs and record submitted in the above cause, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Petition for Writ of Certiorari is DENIED as having been improvidently granted.

ROVIRA, J., dissents.